IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | No. C 10-03385 SI |
| Plaintiff, | **ORDER EXTENDING CONDITIONAL DISMISSAL** |
| v. | |
| NATIONAL UNION FIRE INSURNACE COMPANY OF PITTSBURGH PA, | |
| Defendant. | |

The parties to the action, by their counsel, have advised the court that they have agreed to finalize the settlement.

IT IS HEREBY ORDERED that the original conditional dismissal remain in effect for until April 28, 2011

Dated: 2/18/11

```
                                    SUSAN ILLSTON
                                    United States District Judge
```